UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EVELYN MILLS KEATON, ) | |
| ESTATE OF HARVEY KEATON BY ) | |
| EVELYN LECIA KEATON AS ) | |
| PERSONAL REPRESENTATIVE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 1:16-cv-02129-RLY-DKL |
| ) | |
| KOPKA PINKUS DOLIN LLC, ) | |
| HEATHER  WELCH, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This cause came before the court upon the parties=Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys=fees.

**SO ORDERED** this 7th day of December 2016.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record